UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Nader Corp.<br>Debtor, | Chapter: 7<br>Case No: 17−12398<br>Judge Frank J. Bailey |

**ORDER TO UPDATE**
*(Non Individuals Filing Chapter 7 or Chapter 12)*

**TO DEBTOR'S COUNSEL: YOU ARE HEREBY ORDERED** to file with this Court the document(s) checked below. Failure to file the required documents with the Clerk's office may result in the dismissal of this case.

**NOTE: Official Forms, Director Forms and Local Forms may be downloaded from the Court's website at** www.mab.uscourts.gov

☐ – Matrix Sheet: A pdf document listing the names and addresses of all of your creditors, formatted as described in *Local Form 1.*
Due:

☐ – Upload Matrix to ECF: A .txt file listing the names and addresses of all of your creditors must be uploaded. (From the ECF Bankruptcy Menu, Select "Creditor Maintenance" then select Upload list of creditors file.)
Due:

☐ – Verification of Matrix
Due:

☐ – Provide EIN or Tax ID Number
Due:

☐ – Signature missing or incorrect the petition must be signed by Attorney/Debtor
Due:

☐ – Corporate Vote
Due:

☐ – Filing fee: Payment in the full amount of $335.00 for Ch. 7 or $295 for Ch. 12. (**NOTE:** No debtor checks accepted; money order or bank checks only made payable to: *"Clerk, U.S. Bankruptcy Court"*).
Due:

☐ – Small Business Debtor Requirements:
- Balance Sheet
- Statement of Operations
- Cash−flow Statement
- Federal Income Tax Returns
- If you do NOT have these documents, provide a statement under penalty of perjury that you do not have these documents, that you have not prepared either a balance sheet, statement of operations, or cash−flow statement or you have not filed a federal tax return.

Due:

☐ – Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**The documents checked below must be filed with the Court no later than 4:30 p.m. on 7/11/17**

- [x] Schedule(s) are missing or incomplete: A−H
- [x] Summary of Assets and Liabilities for Non−Individuals *(Official Form 206Sum)*
- [x] Declaration Under Penalty of Perjury for Non−Individual Debtors *(Official Form 202)*
- [x] Your Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy *(Official Form B207)*
- [x] Disclosure of Compensation of Attorney or Debtor *(Director Form 2030)*
- [ ] Disclosure of Ownership Statement Rule 1007(a)(1)
- [ ] List of Equity Security Holders FRBP 1007(a)(3) − Corporations
- [ ] New schedule listing post−petition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

  - [ ] List and Verified Declaration attached
  - [ ] No post−petition creditors Signature ________________________ Date __________

---

(●) United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

( ) United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

( ) United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925

---

Date:6/27/17

By the Court,

James Lavalley
Deputy Clerk
617−748−5341