**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 10, 2017**

X **/s/ Hicham Ali Hassan**
Signature of individual signing on behalf of debtor

**Hicham Ali Hassan**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*..... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*..... | $ | **0.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*..... | $ | **0.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..... | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*..... | $ | **986,207.26** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..... | +$ | **1,513,827.76** |
| 4. **Total liabilities** ..... Lines 2 + 3a + 3b | $ | **2,500,035.02** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

Debtor **Nader Corp.** Case number *(If known)* **17-12398**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$0.00** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$0.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Central Insolvency Operation<br>PO Box 9052<br>Andover, MA 01810-9052**<br><br>Date or dates debt was incurred<br>**3/15/2012**<br><br>Last 4 digits of account number **9657**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**6/30/2011 Corporate Income Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$689,586.55** | **$689,586.55** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Central Insolvency Operation<br>PO Box 9052<br>Andover, MA 01810-9052**<br><br>Date or dates debt was incurred<br>**3/15/2013**<br><br>Last 4 digits of account number **9657**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**6/30/2012 Corporate Income Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$296,620.71** | **$296,620.71** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 51975 Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.1 **Nonpriority creditor's name and mailing address**
**Adidas AG**
**685 Cedar Crest Rd**
**Spartanburg, SC 29301**
**Date(s) debt was incurred** 12/1/2016
**Last 4 digits of account number** 0180

**As of the petition filing date, the claim is:** *Check all that apply.* **$815.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Adidas America**
**685 Cedar Crest Rd**
**Spartanburg, SC 29301**
**Date(s) debt was incurred** 5/30/2016
**Last 4 digits of account number** RB01

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,526.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Adriano Goldschmied**
**2741 Seminole Ave**
**South Gate, CA 90280**
**Date(s) debt was incurred** 8/20/2016
**Last 4 digits of account number** CT01

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,847.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**ALC & Company LLC**
**818 S. Broadway 4th Fl**
**Los Angeles, CA 90014**
**Date(s) debt was incurred** 8/29/2016
**Last 4 digits of account number** N116

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,286.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**APP Group (Machage)**
**580 Asin Blvd**
**Montreal, Canada H2N 2K6**
**Date(s) debt was incurred** 9/10/2016
**Last 4 digits of account number** N781

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,098.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Arc'Teryx**
**PO Box 7247-6560**
**Philadelphia, PA 19170-6560**
**Date(s) debt was incurred** 12/27/2016
**Last 4 digits of account number** 3497

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,894.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Balenciaga**
**50 Hartz Way**
**Secaucus, NJ 07094**
**Date(s) debt was incurred** 2/5/2016
**Last 4 digits of account number** L109

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,720.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.8 **Nonpriority creditor's name and mailing address**
**Chrome Hearts**
**915 N. Mansfield**
**Los Angeles, CA 90038**
**Date(s) debt was incurred** 6/15/2016
**Last 4 digits of account number** 3039
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,485.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**CIT Group Commercial**
**11 West 42nd Street**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3580
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,805.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Clark**
**PO Box 32660**
**Hartford, CT 06150**
**Date(s) debt was incurred** 6/5/2016
**Last 4 digits of account number** 2251
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,205.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Colliers Int'l N.E. LLC**
**160 Federal St.**
**Boston, MA 02110**
**Date(s) debt was incurred** 8/1/2016
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$289,716.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**CRS International, Inc.**
**3027 Route 9**
**Cold Spring, NY 10516**
**Date(s) debt was incurred** 10/13/2016
**Last 4 digits of account number** Tannery
**As of the petition filing date, the claim is:** *Check all that apply.* **$51,209.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**CYC Design Corp**
**133 West 5th Ave**
**VAncouver**
**BC Canada V5Y 1H9**
**Date(s) debt was incurred** 8/27/2016
**Last 4 digits of account number** TANNERYBOS
**As of the petition filing date, the claim is:** *Check all that apply.* **$9,045.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Dark Shadow**
**8 Crosby St, 5th Floor**
**New York, NY 10013**
**Date(s) debt was incurred** 10/15/2016
**Last 4 digits of account number** Tannery
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,873.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.15 **Nonpriority creditor's name and mailing address**
**Deckers-Uggs**
**PO Box 8424**
**Pasadena, CA 91109**
**Date(s) debt was incurred** 11/6/2016
**Last 4 digits of account number** 4660

**As of the petition filing date, the claim is:** *Check all that apply.* **$129,375.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**
**Dolce & Gabbana USA, Inc.**
**148 Lafayette Street**
**New York, NY 10013**
**Date(s) debt was incurred** 7/27/2016
**Last 4 digits of account number** 8145

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,572.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.17 **Nonpriority creditor's name and mailing address**
**Dr. Martins Airwair USA LLC**
**3627 N. Anchor St**
**Portland, OR 97217**
**Date(s) debt was incurred** 3/23/2017
**Last 4 digits of account number** 2402

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,825.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.18 **Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 250**
**Norwood, MA 02062-0250**
**Date(s) debt was incurred** 9/2016
**Last 4 digits of account number** 0022

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,090.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 660369**
**Dallas, TX 75266**
**Date(s) debt was incurred** 9/2016
**Last 4 digits of account number** 0061

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,988.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 2660369**
**Dallas, TX 75266**
**Date(s) debt was incurred** 9/1/2016
**Last 4 digits of account number** 0049

**As of the petition filing date, the claim is:** *Check all that apply.* **$45.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**
**Global Brands Group**
**Empire State Building**
**350 5th Ave**
**New York, NY 10118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8703

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,070.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.22 | **Gucci**<br>**50 Hartz Way**<br>**Secaucus, NJ 07094**<br>**Date(s) debt was incurred** 3/21/2016<br>**Last 4 digits of account number** 0114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$56,959.00** |
| 3.23 | **Jimlar**<br>**350 5th Ave, 9th Floor**<br>**New York, NY 10118**<br>**Date(s) debt was incurred** 9/15/2016<br>**Last 4 digits of account number** 9492 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$55,527.36** |
| 3.24 | **Karhu**<br>**100 Cummings Center #365E**<br>**Beverly, MA 01915**<br>**Date(s) debt was incurred** 9/15/2016<br>**Last 4 digits of account number** R001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,832.57** |
| 3.25 | **La Canadienne**<br>**5745, rue Pare St, TMR**<br>**QC, Canada H4P 1s1**<br>**Date(s) debt was incurred** 10/12/2016<br>**Last 4 digits of account number** 1253 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$45,446.18** |
| 3.26 | **Lanvin**<br>**815 Madison Ave**<br>**New York, NY 10065**<br>**Date(s) debt was incurred** 8/25/2016<br>**Last 4 digits of account number** 0570 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,156.00** |
| 3.27 | **Laveer**<br>**112 W 9th St., Suite 1226**<br>**Los Angeles, CA 90015**<br>**Date(s) debt was incurred** 9/15/2016<br>**Last 4 digits of account number** N116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,318.00** |
| 3.28 | **Luxottica**<br>**12 Harbor Park Drive**<br>**Port Washington, NY 11050**<br>**Date(s) debt was incurred** 9/23/2016<br>**Last 4 digits of account number** 9751 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,538.98** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.29 **Nonpriority creditor's name and mailing address**
**Mission Workshop**
**40 Rondel Place**
**San Francisco, CA 94103**
**Date(s) debt was incurred** 6/29/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,655.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
**New Balance**
**PO Box 415206**
**Boston, MA 02241**
**Date(s) debt was incurred** 10/31/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,476.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
**NH Collection**
**27 Rue Duret**
**Paris France 75116**
**Date(s) debt was incurred** 8/15/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
**Nili Lotan**
**48 Walker Street**
**New York, NY 10013**
**Date(s) debt was incurred** 8/17/2016
**Last 4 digits of account number** N000

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,443.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
**PADA/June**
**252 N. Radnor Chester Rd**
**Wayne, PA 19087**
**Date(s) debt was incurred** 9/16/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,585.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**
**Patagonia**
**259 W. Santa Clara St**
**Ventura, CA 93001**
**Date(s) debt was incurred** 11/21/2016
**Last 4 digits of account number** 8820

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,748.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.35 **Nonpriority creditor's name and mailing address**
**Patagonia/Doma**
**5903 Westside Ave**
**North Bergen, NJ 07047**
**Date(s) debt was incurred** 10/9/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,847.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.36 **Nonpriority creditor's name and mailing address**
**PYA Importer LTS**
**12 Nepco Way**
**Plattsburgh, NY 12903**
**Date(s) debt was incurred** 9/13/2016
**Last 4 digits of account number** 6322

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,390.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.37 **Nonpriority creditor's name and mailing address**
**Sass & Bide**
**160 E. Arrow Highway**
**San Dimas, CA 91773**
**Date(s) debt was incurred** 8/21/2016
**Last 4 digits of account number** 1431

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.38 **Nonpriority creditor's name and mailing address**
**SI Eyewear**
**29160 Heathercliff Rd, Suite 433**
**Malibu, CA 90265**
**Date(s) debt was incurred** 9/15/2016
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,733.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.39 **Nonpriority creditor's name and mailing address**
**Staff USA. Inc.**
**220 W, 19th St., 11th Floor**
**New York, NY 10011**
**Date(s) debt was incurred** 8/19/2016
**Last 4 digits of account number** 0157

**As of the petition filing date, the claim is:** *Check all that apply.* **$136,151.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.40 **Nonpriority creditor's name and mailing address**
**Stuart Weitzman, LLC**
**PO Box 742466**
**Atlanta, GA 30374**
**Date(s) debt was incurred** 9/25/2016
**Last 4 digits of account number** 4518

**As of the petition filing date, the claim is:** *Check all that apply.* **$73,847.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
**the Hill-side**
**109 South Street #2**
**Brooklyn, NY 11249**
**Date(s) debt was incurred** 4/20/2016
**Last 4 digits of account number** 2318

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,096.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
**Thierry Rabotin**
**88 Foehlich Farm Blvd**
**Woodbury, NY 11797**
**Date(s) debt was incurred** 8/20/2016
**Last 4 digits of account number** 4175

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,536.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

3.43 **Nonpriority creditor's name and mailing address**
**Tibi**
**50 Innovaion Dr**
**Brunswick, GA 31525**
**Date(s) debt was incurred** 9/5/2016
**Last 4 digits of account number** AN20

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Tory Burch, LLC**
**PO Box 360646**
**Pittsburgh, PA 15251**
**Date(s) debt was incurred** 11/10/2016
**Last 4 digits of account number** 0629

**As of the petition filing date, the claim is:** *Check all that apply.* **$78,604.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**
**Date(s) debt was incurred** 10-01-2016-Current
**Last 4 digits of account number** 359E

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,243.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Valentino USA**
**11 W. 42nd St., 26th Floor**
**New York, NY 10036**
**Date(s) debt was incurred** 8/13/2016
**Last 4 digits of account number** 0312

**As of the petition filing date, the claim is:** *Check all that apply.* **$175,557.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Vicini America, Inc.**
**730 Fifth Ave, 18th Floor**
**New York, NY 10019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Tannery

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,875.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AG Adjustments**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747** | Line 3.4<br>☐ Not listed. Explain ____ | 8708 |
| 4.2 | **AG Adjustments**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747** | Line 3.12<br>☐ Not listed. Explain ____ | 8708 |
| 4.3 | **AG Adjustments**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747** | Line 3.33<br>☐ Not listed. Explain ____ | 8707 |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Associated Credit Services**<br>**P.O. Box 5171**<br>**Westborough, MA 01581** | Line **3.18**<br>☐ Not listed. Explain ___ | **1031** |
| 4.5 | **Cohn & Dussi**<br>**51 Jefferson Blv**<br>**Warwick, RI 02888** | Line **3.5**<br>☐ Not listed. Explain ___ | **2349** |
| 4.6 | **Cohn & Dussi**<br>**51 Jefferson Blv**<br>**Warwick, RI 02888** | Line **3.47**<br>☐ Not listed. Explain ___ | **3154** |
| 4.7 | **Cohn & Dussi**<br>**51 Jefferson Blv**<br>**Warwick, RI 02888** | Line **3.23**<br>☐ Not listed. Explain ___ | **3309** |
| 4.8 | **Cohn & Dussi**<br>**51 Jefferson Blvd**<br>**Warwick, RI 02888** | Line **3.34**<br>☐ Not listed. Explain ___ | **8707** |
| 4.9 | **Cohn & Dussi**<br>**51 Jefferson Blv**<br>**Warwick, RI 02888** | Line **3.39**<br>☐ Not listed. Explain ___ | **624D** |
| 4.10 | **Cohn & Dussi**<br>**51 Jefferson Blvd**<br>**Warwick, RI 02888** | Line **3.9**<br>☐ Not listed. Explain ___ | _ |
| 4.11 | **Credit Collection Services**<br>**725 Canton Street**<br>**Norwood, MA 02062** | Line **3.19**<br>☐ Not listed. Explain ___ | **2088** |
| 4.12 | **Credit Collection Services**<br>**725 Canton Street**<br>**Norwood, MA 02062** | Line **3.20**<br>☐ Not listed. Explain ___ | **2089** |
| 4.13 | **Goldberg & Oriel**<br>**199 Wells Ave Ste 209**<br>**Newton Center, MA 02459** | Line **3.22**<br>☐ Not listed. Explain ___ | **038E** |
| 4.14 | **Jaffe & Asher**<br>**600 3rd Ave FL 23**<br>**New York, NY 10016** | Line **3.41**<br>☐ Not listed. Explain ___ | _ |
| 4.15 | **Jaffe & Asher**<br>**600 3rd Ave Fl 23**<br>**New York, NY 10016** | Line **3.42**<br>☐ Not listed. Explain ___ | _ |
| 4.16 | **Levy Diamond Bello & Assoc LLC**<br>**497 Bic Dr.**<br>**Milford, CT 06461** | Line **3.15**<br>☐ Not listed. Explain ___ | **5706** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number (if known) **17-12398**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **Millennium Collections Corporation**<br>**3675 20th St Ste E**<br>**Vero Beach, FL 32960** | Line **3.40**<br>☐ Not listed. Explain ____ | **4096** |
| 4.18 | **Morrison Law Offices**<br>**41 Mink St**<br>**Seekonk, MA 02771** | Line **3.25**<br>☐ Not listed. Explain ____ | **4010** |
| 4.19 | **Morrison Law Offices**<br>**41 Mink St**<br>**Seekonk, MA 02771** | Line **3.36**<br>☐ Not listed. Explain ____ | **4009** |
| 4.20 | **Norman Erlich, Esq.**<br>**15 Court Sq Ste 1150**<br>**Boston, MA 02108** | Line **3.16**<br>☐ Not listed. Explain ____ | **V264** |
| 4.21 | **Posternak Blankstein & Lund LLP**<br>**800 Boylston Street**<br>**Boston, MA 02199** | Line **3.46**<br>☐ Not listed. Explain ____ | **095A** |
| 4.22 | **Receivables Control Corporation**<br>**7373 Kirkwood CT**<br>**N Ste 200**<br>**Osseo, MN 55369** | Line **3.13**<br>☐ Not listed. Explain ____ | **0R24** |
| 4.23 | **Weiner Law Firm, P.C.**<br>**1441 Main Street**<br>**Suite 610**<br>**Springfield, MA 01103** | Line **3.21**<br>☐ Not listed. Explain ____ | **8703** |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **986,207.26** |
| **5b. Total claims from Part 2** | 5b. | + | $ **1,513,827.76** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **2,500,035.02** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Balenciaga** | ☐ D<br>■ E/F **3.7**<br>☐ G |
| 2.2 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Deckers-Uggs** | ☐ D<br>■ E/F **3.15**<br>☐ G |
| 2.3 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Dolce & Gabbana USA, Inc.** | ☐ D<br>■ E/F **3.16**<br>☐ G |
| 2.4 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Gucci** | ☐ D<br>■ E/F **3.22**<br>☐ G |
| 2.5 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **New Balance** | ☐ D<br>■ E/F **3.30**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Adidas AG** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.7 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Adriano Goldschmied** | ☐ D<br>■ E/F **3.3**<br>☐ G |
| 2.8 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Chrome Hearts** | ☐ D<br>■ E/F **3.8**<br>☐ G |
| 2.9 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **CRS International, Inc.** | ☐ D<br>■ E/F **3.12**<br>☐ G |
| 2.10 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **CYC Design Corp** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.11 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Dark Shadow** | ☐ D<br>■ E/F **3.14**<br>☐ G |
| 2.12 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **PYA Importer LTS** | ☐ D<br>■ E/F **3.36**<br>☐ G |
| 2.13 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **the Hill-side** | ☐ D<br>■ E/F **3.41**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Jimlar** | ☐ D<br>■ E/F **3.23**<br>☐ G |
| 2.15 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Karhu** | ☐ D<br>■ E/F **3.24**<br>☐ G |
| 2.16 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Laveer** | ☐ D<br>■ E/F **3.27**<br>☐ G |
| 2.17 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Luxottica** | ☐ D<br>■ E/F **3.28**<br>☐ G |
| 2.18 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Mission Workshop** | ☐ D<br>■ E/F **3.29**<br>☐ G |
| 2.19 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **NH Collection** | ☐ D<br>■ E/F **3.31**<br>☐ G |
| 2.20 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Nili Lotan** | ☐ D<br>■ E/F **3.32**<br>☐ G |
| 2.21 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **PADA/June** | ☐ D<br>■ E/F **3.33**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Patagonia** | ☐ D<br>■ E/F **3.34**<br>☐ G |
| 2.23 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Patagonia/Doma** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.24 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Sass & Bide** | ☐ D<br>■ E/F **3.37**<br>☐ G |
| 2.25 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **SI Eyewear** | ☐ D<br>■ E/F **3.38**<br>☐ G |
| 2.26 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Thierry Rabotin** | ☐ D<br>■ E/F **3.42**<br>☐ G |
| 2.27 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Dr. Martins Airwair USA LLC** | ☐ D<br>■ E/F **3.17**<br>☐ G |
| 2.28 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **UPS** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.29 | **Alana, Inc.** | **402 Boylston Street**<br>**Boston, MA 02116** | **Tory Burch, LLC** | ☐ D<br>■ E/F **3.44**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Tibi** | ☐ D<br>■ E/F **3.43**<br>☐ G |
| 2.31 | **Alana, Inc.** | **402 Boylston Street<br>Boston, MA 02116** | **Global Brands Group** | ☐ D<br>■ E/F **3.21**<br>☐ G |
| 2.32 | **Hicham Ali Hassan** | **402 Boylston St.<br>Boston, MA 02116<br>Possible personal guarantee** | **Gucci** | ☐ D<br>■ E/F **3.22**<br>☐ G |
| 2.33 | **Hicham Ali Hassan** | **402 Boylston St.<br>Boston, MA 02116** | **Stuart Weitzman, LLC** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.34 | **Paloma Tannery LLC** | **711 Boylston Street<br>Boston, MA 02116** | **Adidas America** | ☐ D<br>■ E/F **3.2**<br>☐ G |
| 2.35 | **Paloma Tannery LLC** | **711 Boylston Street<br>Boston, MA 02116** | **Arc'Teryx** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.36 | **Paloma Tannery LLC** | **711 Boylston Street<br>Boston, MA 02116** | **Staff USA. Inc.** | ☐ D<br>■ E/F **3.39**<br>☐ G |
| 2.37 | **Paloma Tannery LLC** | **711 Boylston Street<br>Boston, MA 02116** | **Valentino USA** | ☐ D<br>■ E/F **3.46**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7/10/17 3:38PM

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Paloma Tannery LLC** | **711 Boylston Street Boston, MA 02116** | **CIT Group Commercial** | ☐ D<br>■ E/F **3.9**<br>☐ G |
| 2.39 | **Paloma Tannery LLC** | **711 Boylston Street Boston, MA 02116** | **Colliers Int'l N.E. LLC** | ☐ D<br>■ E/F **3.11**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Nader Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **17-12398**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$0.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gucci America, Inc.<br>v.<br>Alana Inc. dba The Tannery, Nader Inc. dba The Tannery and Hicham Ali Hassan<br>170038E** | **Collection** | **Massachusetts Suffolk Superior Court<br>3 Pembroton Sq.<br>Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Internal Revenue Service Audit** | **Audit completed 5/9/2016** | **Department of the Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McLaughlinQuinn LLC**<br>**148 West River Street, Suite 1E**<br>**Providence, RI 02904** | **Attorney Fees** | **5/15/2016** | **$7,500.00** |

**Email or website address**
**tquinn@mclaughlinquinn.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Cain, Bourret, Jarry & Associates**<br>**1595 Lakeview Ave**<br>**Dracut, MA 01826** | |
| 26a.2. | **Andrew Baxter**<br>**1501 Main St**<br>**Tewksbury, MA 01876** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Cain, Bourret, Jarry & Associates**<br>**1595 Lakeview Ave**<br>**Dracut, MA 01826** | |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Andrew Baxter**<br>**1501 Main St**<br>**Tewksbury, MA 01876** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Cain, Bourret, Jarry & Associates**<br>**1595 Lakeview Ave**<br>**Dracut, MA 01826** | |
| 26c.2. | **Andrew Baxter**<br>**1501 Main St**<br>**Tewksbury, MA 01876** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Hildun Corporation**<br>**225 West 35th Street**<br>**New York, NY 10001** |
| 26d.2. | **CitiGroup/Commercial Services**<br>**P.O. Box 1036**<br>**Charlotte, NC 28201-1036** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hicham Ali Hassan** | **402 Boylston St.<br>Boston, MA 02116** | **President/Treasurer/Secretary /Director** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Nader Corp.** Case number *(if known)* **17-12398**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 10, 2017**

**/s/ Hicham Ali Hassan**
Signature of individual signing on behalf of the debtor

**Hicham Ali Hassan**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy